UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAQUAN AKEEM STEPHERSON,<br><br>Defendant. | CASE NO. 2:23-CR-69<br><br>JUDGE Sargus<br><br>INDICTMENT<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about October 18, 2022, in the Southern District of Ohio, the defendant, **LAQUAN AKEEM STEPHERSON**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit: one Glock, model 19X, 9mm pistol, bearing serial number BHKV649, and one Astra, A-75, 9mm pistol, bearing serial number 0882D, said firearms having been shipped and transported in interstate or foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT TWO
### (Felon in Possession of Ammunition)

2. On or about February 13, 2023, in the Southern District of Ohio, the defendant, **LAQUAN AKEEM STEPHERSON**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition,

to wit: eighteen (10) rounds of .45 caliber ammunition, said ammunition having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT THREE
### (Felon in Possession of a Firearm)

3. On or about February 13, 2023, in the Southern District of Ohio, the defendant, **LAQUAN AKEEM STEPHERSON**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one 9mm pistol with a Polymer 80, Inc. frame and a Glock slide bearing serial number WNA834, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

4. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

5. Upon conviction of any offense alleged in Count One, Count Two and Count Three of this Indictment, the defendant, **LAQUAN AKEEM STEPHERSON**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Glock, model 19X, 9mm pistol, bearing serial number BHKV649;
- One Astra, A-75, 9mm pistol, bearing serial number 0882D;

- 9mm pistol with a Polymer 80, Inc. frame and a Glock slide bearing serial number WNA834; and

- Ten (10) rounds of .45 caliber ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

*s/Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER
UNITED STATES ATTORNEY**

**ELIZABETH GERAGHTY (0072275)**
**Assistant United States Attorney**

3